Printed: 08/10/10 09:35 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)                                Page: 1

Case: 09-51028 - YOUDERIN, STEVEN T

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 000026611656 | 111 | 08/10/10 | 1 | 09/29/09 | 610 | DISCOVER BANK | 160.30 | 160.30 | 2.50 | 2.50 |
| | | | 3 | 10/05/09 | 610 | NORTHLAND PLASTIC SURGERY PA | 75.00 | 75.00 | 1.17 | 1.17 |
| | | | 7 | 11/02/09 | 610 | QWEST CORPORATION | 302.33 | 302.33 | 4.71 | 4.71 |

Payee: U.S. Bankruptcy Court                                            Check Amount: $8.38

(*) Denotes objection to Amount Filed

RECEIVED
2010 AUG 11 AM 9:17
U.S. BANKRUPTCY COURT
DULUTH, MN